Form ntchrgbk

## UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

Case No.:  19−26009−MBK
Chapter:  13
Judge:  Michael B. Kaplan

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Ruth R. Auer
   aka Ruth Ramirez Auer, aka Ruth Ramirez
   166 Ten Eyck St.
   South Plainfield, NJ 07080

Social Security No.:
   xxx−xx−4835

Employer's Tax I.D. No.:

## NOTICE OF HEARING

PLEASE TAKE NOTICE that a hearing will be held at

Courtroom 8, Clarkson S. Fisher, U.S. Courthouse, 402 E. State St., Trenton, NJ 08608−1507

on 4/20/21 at 09:00 AM

to consider and act upon the following:

*38* – Certification of Default of Standing Trustee. re: Debtors failure to make plan payments Report. Filed by Albert Russo. Objection deadline is 3/26/2021. (Attachments: # 1 Proposed Order) (Russo, Albert)


Dated: 3/24/21

Jeanne Naughton
Clerk, U.S. Bankruptcy Court