Form ntchrgbk

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

---

Case No.:  19−26009−MBK
Chapter:  13
Judge:  Michael B. Kaplan

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Ruth R. Auer
   aka Ruth Ramirez Auer, aka Ruth Ramirez
   166 Ten Eyck St.
   South Plainfield, NJ 07080

Social Security No.:
   xxx−xx−4835

Employer's Tax I.D. No.:

---

## NOTICE OF HEARING

PLEASE TAKE NOTICE that a hearing will be held at

Courtroom 8, Clarkson S. Fisher, U.S. Courthouse, 402 E. State St., Trenton, NJ 08608−1507

on 5/26/21 at 09:00 AM

to consider and act upon the following:

**44** − Creditor's Certification of Default (related document:34 Order on Motion For Relief From Co−Debtor Stay, Order on Motion For Relief From Stay) filed by Elizabeth L. Wassall on behalf of SPECIALIZED LOAN SERVICING LLC. Objection deadline is 04/29/2021. (Attachments: # 1 Proposed Order # 2 Certification # 3 Exhibit # 4 Certificate of Service) (Wassall, Elizabeth)

Dated: 4/29/21

                                    Jeanne Naughton
                                    Clerk, U.S. Bankruptcy Court