Form ntchrgbk

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

---

Case No.: 19−26009−MBK
Chapter: 13
Judge: Michael B. Kaplan

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Ruth R. Auer
   aka Ruth Ramirez Auer, aka Ruth Ramirez
   166 Ten Eyck St.
   South Plainfield, NJ 07080

Social Security No.:
   xxx−xx−4835

Employer's Tax I.D. No.:

---

## NOTICE OF HEARING

PLEASE TAKE NOTICE that a hearing will be held at

Courtroom 8, Clarkson S. Fisher, U.S. Courthouse, 402 E. State St., Trenton, NJ 08608−1507

on 5/26/21 at 09:00 AM

to consider and act upon the following:

*44* − Creditor's Certification of Default (related document:34 Order on Motion For Relief From Co−Debtor Stay, Order on Motion For Relief From Stay) filed by Elizabeth L. Wassall on behalf of SPECIALIZED LOAN SERVICING LLC. Objection deadline is 04/29/2021. (Attachments: # 1 Proposed Order # 2 Certification # 3 Exhibit # 4 Certificate of Service) (Wassall, Elizabeth)


Dated: 4/29/21

                                                  Jeanne Naughton
                                                  Clerk, U.S. Bankruptcy Court

United States Bankruptcy Court

District of New Jersey

In re:                                                                                           Case No. 19-26009-MBK
Ruth R. Auer                                                                                 Chapter 13
     Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-3                      User: admin                      Page 1 of 2
Date Rcvd: Apr 29, 2021              Form ID: ntchrgbk            Total Noticed: 1

The following symbols are used throughout this certificate:
**Symbol     Definition**
+           Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 01, 2021:**

**Recip ID**          **Recipient Name and Address**
db               +   Ruth R. Auer, 166 Ten Eyck St., South Plainfield, NJ 07080-4519

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 01, 2021                      Signature:        /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 29, 2021 at the address(es) listed below:**

**Name**                **Email Address**

Albert Russo
          on behalf of Trustee Albert Russo docs@russotrustee.com

Albert Russo
          docs@russotrustee.com

Denise E. Carlon
          on behalf of Creditor SPECIALIZED LOAN SERVICING LLC dcarlon@kmllawgroup.com bkgroup@kmllawgroup.com

Elizabeth L. Wassall
          on behalf of Creditor SPECIALIZED LOAN SERVICING LLC ewassall@logs.com njbankruptcynotifications@logs.com;logsecf@logs.com

Elizabeth L. Wassall
          on behalf of Creditor WELLS FARGO BANK  N.A. ewassall@logs.com, njbankruptcynotifications@logs.com;logsecf@logs.com

Paola D. Vera
          on behalf of Debtor Ruth R. Auer pvera@cabanillaslaw.com bankruptcy@cabanillaslaw.com;r64840@notify.bestcase.com

| District/off: 0312-3 | User: admin | Page 2 of 2 |
|---|---|---|
| Date Rcvd: Apr 29, 2021 | Form ID: ntchrgbk | Total Noticed: 1 |

U.S. Trustee
                USTPRegion03.NE.ECF@usdoj.gov

TOTAL: 7