Form 177 – fnldec

**UNITED STATES BANKRUPTCY COURT**

District of New Jersey
402 East State Street
Trenton, NJ 08608

---

                                              Case No.: 19–26009–MBK
                                              Chapter: 13
                                              Judge: Michael B. Kaplan

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Ruth R. Auer
   aka Ruth Ramirez Auer, aka Ruth Ramirez
   166 Ten Eyck St.
   South Plainfield, NJ 07080

Social Security No.:
   xxx–xx–4835

Employer's Tax I.D. No.:

---

**FINAL DECREE**

    The estate of the above named debtor(s) has been fully administered.

    If this case is a Chapter 11 or 13, the deposit required by the plan will be distributed, and it is

    ORDERED that Albert Russo is discharged as trustee of the estate of the above named debtor(s) and the bond is canceled; and the case of the above named debtor(s) is closed.

Dated: <u>April 14, 2022</u>                    <u>Michael B. Kaplan</u>
                                            Judge, United States Bankruptcy Court